# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BOTH-WELL (TAIZHOU) STEEL FITTINGS, CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> BONNEY FORGE CORPORATION, <br><br> Defendant-Intervenor. | Court No. 21-00166 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Claire R. Kelly.

      /s/ Mark A. Barnett
      Mark A. Barnett
      Chief Judge

DATED:   May 12, 2021